# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO



FILED

AUG -1 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

CARLOS VARGAS



**CR19    0360**

DEFENDANT(S).

## INDICTMENT

21 U.S.C. § 841(a)(1), and (b)(1)(C) –  Distribution of Cocaine Base;
21 U.S.C. § 853 – Forfeiture Allegation

---

A true bill.

_____ Foreman

Filed in open court this ____1____ day of August 2019

_____ROSE MAHER_____
Clerk

Bail, $ _____

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Distribution of cocaine base (21 U.S.C. § 841(a)(1) and (b)(1)(C))

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Imprisonment: Not more than 20 years; Fine: $1 million; Supervised Release: Not less than 3 years but up to life; Special Assessment: $100; Denial of Federal Benefits; Immigration Consequences Including Possible Deportation; Forfeiture

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
AUG -1 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**
CARLOS VARGAS

DISTRICT COURT NUMBER
CR19 0360 CRB

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: RYAN REZAEI
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): RYAN REZAEI

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NONE

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

```
 1 | DAVID L. ANDERSON (CABN 149604)
   | United States Attorney
 2 |
```





UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. **CR19  0360** |
|---|---|
| Plaintiff, | ) |
|  | ) VIOLATION: |
| v. | ) 21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of |
|  | ) Cocaine Base; |
| CARLOS VARGAS, | ) 21 U.S.C. § 853 – Forfeiture Allegation |
| Defendant. | ) |

### INDICTMENT

The Grand Jury charges:

On or about July 11, 2019, in the Northern District of California, the defendant,

CARLOS VARGAS,

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

//

INDICTMENT

1 | <u>FORFEITURE ALLEGATION</u>:    (21 U.S.C. § 853(a))

2 |     The allegations contained above are hereby re-alleged and incorporated by reference for the
3 | purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).
4 |     Upon conviction of the offense alleged in this Indictment, the defendant,
5 |                            CARLOS VARGAS,
6 | shall forfeit to the United States all right, title, and interest in any property constituting and derived from
7 | any proceeds defendant obtained, directly or indirectly, as a result of such violation, and any property
8 | used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such
9 | violation, including but not limited to a forfeiture money judgment.
10 |     If any of the property described above, as a result of any act or omission of the defendant:
11 |     a.   cannot be located upon exercise of due diligence;
12 |     b.   has been transferred or sold to, or deposited with, a third party;
13 |     c.   has been placed beyond the jurisdiction of the court;
14 |     d.   has been substantially diminished in value; or
15 |     e.   has been commingled with other property which cannot be divided without
16 |         difficulty,
17 | the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,
18 | United States Code, Section 853(p).
19 | //
20 | //
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 | //

INDICTMENT                            2

1  All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal
2  Procedure 32.2.

4  DATED: 8/1/19                                        A TRUE BILL.

                                                        _____
                                                        FOREPERSON
                                                        San Francisco

9  DAVID L. ANDERSON
   United States Attorney

   _____
   RYAN REZAEI
12 Assistant United States Attorney

INDICTMENT                                3

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**FILED**
AUG -1 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:**
USA V. CARLOS VARGAS

**CASE NUMBER:** CR19 0360

| Field | Response |
|---|---|
| This Case Under Seal? | Yes ☐  No ✓ |
| Total Number of Defendants: | 1 ✓   2-7 ☐   8 or more ☐ |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes ☐   No ✓ |
| Venue (Per Crim. L.R. 18-1): | SF ✓   OAK ☐   SJ ☐ |
| Is this a potential high-cost case? | Yes ☐   No ✓ |
| Is any defendant charged with a death-penalty-eligible crime? | Yes ☐   No ✓ |
| Is this a RICO Act gang case? | Yes ☐   No ✓ |

**Assigned AUSA (Lead Attorney):** Ryan A. Rezaei

**Date Submitted:** 08/01/2019

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM    SAVE PDF