| DOCUMENTS UNDER SEAL | | | | TOTAL TIME (mins): | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK | | REPORTER/FTR | |
| MAGISTRATE JUDGE | | DATE | | NEW CASE | CASE NUMBER |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT | | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | PD.  RET.  APPT. |
| U.S. ATTORNEY | | INTERPRETER | | | FIN. AFFT SUBMITTED | COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | | DEF ELIGIBLE FOR APPT'D COUNSEL | | PARTIAL PAYMENT OF CJA FEES |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | |
|---|---|---|---|---|
| INITIAL APPEAR | PRELIM HRG | MOTION | JUGM'T & SENTG | STATUS TRIAL SET |
| I.D. COUNSEL | ARRAIGNMENT | BOND HEARING | IA REV PROB. or or S/R | OTHER |
| DETENTION HRG | ID / REMOV HRG | CHANGE PLEA | PROB. REVOC. | ATTY APPT HEARING |

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ADVISED OF RIGHTS | ADVISED OF CHARGES | NAME AS CHARGED IS TRUE NAME | TRUE NAME: |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ARRAIGNED ON INFORMATION | ARRAIGNED ON INDICTMENT | READING WAIVED SUBSTANCE | WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| RELEASED ON O/R | ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED  CASH   $ | | CORPORATE SECURITY | REAL PROPERTY: | |
| MOTION FOR DETENTION | PRETRIAL SERVICES REPORT | DETAINED | RELEASED | DETENTION HEARING AND FORMAL FINDINGS WAIVED | REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

| PLEA | | | |
|---|---|---|---|
| CONSENT ENTERED | NOT GUILTY | GUILTY | GUILTY TO COUNTS: |
| PRESENTENCE REPORT ORDERED | CHANGE OF PLEA | PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO: | ATTY APPT HEARING | BOND HEARING | STATUS RE: CONSENT | TRIAL SET |
| AT: | SUBMIT FINAN. AFFIDAVIT | PRELIMINARY HEARING _____ ARRAIGNMENT | CHANGE OF PLEA | ~~STATUS~~ Set Further Proceedings |
| BEFORE HON. | DETENTION HEARING | | MOTIONS | JUDGMENT & SENTENCING |
| TIME WAIVED | TIME EXCLUDABLE UNDER 18 § USC 3161 | IDENTITY / REMOVAL HEARING | PRETRIAL CONFERENCE | PROB/SUP REV. HEARING |

| ADDITIONAL PROCEEDINGS |
|---|

DOCUMENT NUMBER: