# Exhibit A

| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | ORDER SETTING CONDITIONS OF<br>RELEASE AND APPEARANCE BOND | DATE<br>9/16/19 | CASE NUMBER<br>CR 19-360 CRB |
|---|---|---|---|
| NAME OF DEFENDANT<br>CARLOS VARGAS | ADDRESS<br>[illegible] Oakland CA 94612 | | TELEPHONE NUMBER<br>[illegible] |
| NAME OF SURETY/CO-SIGNER/CUSTODIAN | ADDRESS | | TELEPHONE NUMBER |
| NAME OF SURETY/CO-SIGNER/CUSTODIAN | ADDRESS | | TELEPHONE NUMBER |

| AMOUNT OF BOND<br>☐ PERSONAL RECOGNIZANCE<br>$ | ☒ UNSECURED<br>☐ SECURED BY<br>$ | ☐ DEPOSIT RECEIVED FROM: | ☐ OTHER SECURITY:<br><br>TO BE POSTED BY: | TIME/DATE OF NEXT APPEARANCE<br>9/11/19 @ 1:30pm | COURTROOM/JUDGE<br>CRB |

## CONDITIONS OF RELEASE AND APPEARANCE

Defendant is subject to each condition checked:

- ☐ Defendant must appear at all proceedings as ordered by the Court and must surrender for service of any sentence imposed.
- ☐ Defendant must not commit any federal, state, or local crime.
- ☐ Defendant must not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. § 1503, 1510, 1512, and 1513, on reverse side.
- ☐ Defendant must submit to supervision by Pretrial Services and must report immediately upon release and thereafter as directed to Pretrial Services.
- ☐ Defendant must surrender all passports and other travel documents to Pretrial Services by _____ and must not apply for other passports or travel documents.
- ☐ Defendant must not possess any firearm, destructive device, or other dangerous weapon.
- ☐ Defendant must not use alcohol to excess and must not use or possess any narcotic or other controlled substance without a legal prescription.
- ☐ Defendant must maintain current employment, or if unemployed must seek and maintain verifiable employment, or must commence an educational program subject to approval by Pretrial Services.
- ☐ Defendant must submit to drug and/or alcohol testing as directed by Pretrial Services.
- ☐ Defendant must participate in substance abuse treatment, on an outpatient or residential basis, as directed by Pretrial Services.
- ☐ Defendant must participate in mental health treatment as directed by Pretrial Services.
- ☐ Defendant must have no contact, directly or indirectly, with any co-defendant outside of the presence of counsel.
- ☐ Defendant must not change residence or telephone number without prior approval of Pretrial Services.
- ☐ Defendant must remain in the custody of custodian _____ at _____. The custodian must supervise defendant and report any violation of a release condition to Pretrial Services. A custodian who fails do so may be prosecuted for contempt.
- ☐ Defendant must reside in a halfway house at __Oakland__ and must comply with all conditions of that facility.
- ☐ Defendant must comply with the following location restrictions:
  - ☐ [A] Defendant must not travel outside of: ☐ the Northern District of California (see map on reverse side), ☐ other: _____.
  - ☐ [B] Defendant must observe a curfew and remain at his/her residence every day from _____ to _____, except as directed by Pretrial Services.
  - ☐ [C] Defendant must remain at his/her residence at all times except for (indicate all that apply): employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-approved obligations; or other activities approved in advance by ☐ Pretrial Services, ☐ the Court.
- ☐ Defendant must submit to location monitoring ☐ by GPS, ☐ by RF, ☐ as directed by Pretrial Services to ensure compliance with:
  - ☐ All court-ordered location restrictions.
  - ☐ The following court-ordered location restrictions: _____.
- ☐ The following conditions also apply:

_Can leave Halfway house for court, attorney visits, & pretrial service visits [illegible] medical_

Defendant must contribute to the cost of services provided by Pretrial Services as directed by Pretrial Services.

## CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE AND APPEARANCE

If defendant does not obey these conditions of release and appearance, payment of the full amount of this bond will be due, and all cash or property posted to secure it will be forfeited. Judgment may be entered and executed against defendant and all sureties or co-signers jointly and severally. An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings. Defendant will be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. §§ 3146 and 3147, on reverse side.

We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

| SIGNATURE OF DEFENDANT | SIGNATURE OF SURETY/CO-SIGNER/CUSTODIAN |
|---|---|
| SIGNATURE OF SURETY/CO-SIGNER/CUSTODIAN | SIGNATURE OF SURETY/CO-SIGNER/CUSTODIAN |
| THIS ORDER AUTHORIZES U.S. MARSHAL TO RELEASE DEFENDANT FROM CUSTODY | SIGNATURE OF MAGISTRATE JUDGE | DATE |

5-U.S. ATTORNEY-GREEN COPY